**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GORDON DAVID REESE,

Petitioner,

v.

WARDEN, FCI SANDSTONE,

Respondent.

Case No. 24-cv-4341 (LMP/DLM)

**ORDER**

---

This matter is before the Court on Petitioner Gordon David Reese's motion for an indicative ruling, ECF No. 36, and Reese's motion to supplement and amend that motion, ECF No. 38. The motions are denied as moot.

Reese filed a petition for a writ of habeas corpus, ECF No. 1, which the Court denied on March 2, 2026, ECF No. 28. The Eighth Circuit summarily affirmed on July 28, 2026. ECF No. 35. On August 24, 2026, Reese petitioned the Eighth Circuit to rehear the case—either en banc or with a new panel—based on a January 2026 Supreme Court decision, *Ellingburg v. United States*, 607 U.S. 163 (2026). *See* Pet. for Reh'g, No. 26-1592 (8th Cir. Aug. 24, 2026). That same day, Reese filed a proposed supplemental habeas petition and moved this Court for an indicative ruling under Federal Rule of Civil Procedure 62.1, asking the Court to decide whether it would grant or deny the proposed supplemental petition. ECF Nos. 36, 37. On August 28, 2026, Reese filed a motion in this Court to supplement and amend his motion for an indicative ruling. ECF No. 38. On September 15,

2026, the Eighth Circuit denied Reese's petition for rehearing. Order, No. 26-1592 (8th Cir. Sept. 15, 2026). The Mandate issued on September 22, 2026. ECF No. 40.

The Court may issue an indicative ruling while an appeal "is pending." Fed. R. Civ. P. 62.1. Because the Eighth Circuit summarily affirmed this Court's denial of Reese's petition for a writ of habeas corpus and denied Reese's petition for rehearing, there is no longer an appeal pending. Without a pending appeal, Rule 62.1 cannot apply, so Reese's indicative ruling motion and his motion to supplement the motion are denied as moot.

For these reasons, **IT IS HEREBY ORDERED** that Reese's Motion for an Indicative Ruling (ECF No. 36) and Motion To Supplement and Amend the Motion for an Indicative Ruling (ECF No. 38) are **DENIED**.

Dated: September 23, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge